IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM O'STEEN, JR.,

      Appellant,

v.

LISA O'STEEN a/k/a LISA
ZONGOL,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0994

Opinion filed September 7, 2017.

An appeal from the Circuit Court for Gilchrist County.
Monica J. Brasington, Judge.

Lisa A. Schlitzkus, Lake City, for Appellant.

Lloyd E. Peterson, Jr., Lake City, for Appellee.

PER CURIAM.

     AFFIRMED.

BILBREY, WINSOR, and M.K. THOMAS, JJ., CONCUR.